[No. 70234-3-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KHAIR A. SIDDIQ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08514-3, Barbara Linde, J., entered April 12, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70319-6-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT LLOYD CASADY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-00738-6, Bruce E. Heller, J., entered May 3, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70407-9-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD EARL PITCHFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06354-9, Mary I. Yu, J., entered May 10, 2013. *Remanded with instructions* by unpublished per curiam opinion.

[No. 70441-9-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALAN CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08173-5, Mariane C. Spearman, J., entered May 17, 2013. *Remanded with instructions* by unpublished per curiam opinion.